# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SEAN MARK DORMAN,<br><br>                Defendant. | CR-25-29-GF-BMM<br><br>ORDER |

      The Court has been informed of serious medical complications regarding Defendant Sean Mark Dorman. In light of these serious medical complications the Court deems it appropriate to withdraw the U.S. Marshal security measures attached to Dorman to allow Dorman's family time with Dorman.

**IT IS HEREBY ORDERED** that the U.S. Marshals security measures attached to Sean Mark Dorman are withdrawn.

      **DATED** this 10th day of October, 2025

                                                          _____
                                                          Brian Morris, Chief District Judge
                                                          United States District Court