# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-29-GF-BMM** |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| vs. | |
| **SEAN MARK DORMAN,** | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. §§ 853 and 881;

THAT a Preliminary Order of Forfeiture was entered on June 18, 2025;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853 and 881;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT final forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- $6,500 in U.S. currency, seized on or about August 19, 2024;

- Ruger Mark II, .22 caliber pistol, S/N: 211-99811;

- Remington 870 Express Magnum, .12 caliber shotgun, S/N: C247733M; and

- Any associated ammunition and accessories.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts