# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>SEAN MARK DORMAN,<br><br>     Defendant. | **CR-25-29-GF-BMM**<br><br>**ORDER** |

  The Court has been informed of medical complications regarding Defendant Sean Mark Dorman. In light of these medical complications the Court deems it appropriate to withdraw the U.S. Marshal security measures attached to Dorman.  **IT IS HEREBY ORDERED** that the U.S. Marshals security measures attached to Sean Mark Dorman are withdrawn and he is released from U.S. Marshal custody.

  **DATED** this  21st day of November, 2025

                */s/ Brian Morris*
                _____
                Brian Morris, Chief District Judge
                United States District Court